UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                          )
RANDY AND MARY WILLIAMS and               )
LARRY AND LINDA LAKE,                     )
                                          )
Plaintiffs, on behalf of a Putative Class,)
                                          )
           v.                             )
                                          )
NATIONAL UNION FIRE INSURANCE             )
COMPANY OF PITTSBURGH, PA,                )
AMERICAN INTERNATIONAL                    )
GROUP, INC. (AIG),    HEALTHEXTRAS,       )
INC., HEALTHEXTRAS, LLC,                  )
HEALTHEXTRAS BENEFITS                     )   CIVIL ACTION
ADMINISTRATORS, INC., CATAMARAN           )   NO. 1:14-CV-00309-TWT
HEALTH SOLUTIONS, LLC f/k/a CATALYST      )
HEALTH   SOLUTIONS, INC.,                 )
HEALTHEXTRAS INSURANCE AGENCY,            )
INC., ALLIANT INSURANCE SERVICES, INC.,)
f/k/a DRIVER ALLIANT INSURANCE            )
SERVICES, INC., ALLIANT SERVICES          )
HOUSTON, INC., f/k/a JLT SERVICES         )
CORPORATION, ALLIANT INSURANCE            )
SERVICES HOUSTON, LLC, f/k/a CAPITAL      )
RISK, LLC and f/k/a JARDINE LLOYD         )
THOMPSON, LLC, and VIRGINIA SURETY        )
COMPANY, INC.,                            )
                                          )
                   Defendants.            )
_____ )

**<u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN
DEFENDANTS</u>**

Pursuant to F.R.C.P. 41(a)(1), and before service of an Answer or Motion for Summary Judgment, Plaintiffs Randy Williams, Mary Williams, Larry Lake, and Linda Lake ("Plaintiffs"), by and through the undersigned counsel, file this Notice of Dismissal of Certain Defendants, dismissing their claims against the following Defendants:

1. Defendant American International Group, Inc. (AIG);

2. Alliant Insurance Services, Inc., f/k/a Driver Alliant Insurance Services, Inc.;

3. Alliant Services Houston, Inc., f/k/a JLT Services Corporation;

4. Alliant Insurance Services Houston, LLC f/k/a Capital Risk, LLC and f/k/a Jardine Lloyd Thompson, LLC; and

5. Virginia Surety Company, Inc.

Respectfully submitted this 9th day of May, 2014.

/s/ J. Benjamin Finley
J. Benjamin Finley (GA State Bar NO. 261504
MaryBeth V. Gibson (GA State Bar NO. 785643)
Attorneys for Plaintiffs
The Finley Firm, P.C.
2931 N. Druid Hills, Suite A
Atlanta, GA
Telephone (404)320-9979
Fax: (404)320-9978
bfinley@thefinleyfirm.com

mgibson@thefinleyfirm.com

/s/ Aaron C. Hemmings
Aaron C. Hemmings, (NC State Bar No. 29810)
*Attorney for Plaintiffs* (pro hac vice pending)
Hemmings & Stevens, P.L.L.C.
5613 Duraleigh Road, Suite 111
PO Box 90698
Raleigh, NC 27675
Telephone: 919-277-0161
Fax: 919-277-0162
ahemmings@hemmingsandstevens.com

/s/ Joseph H. Aughtman
Joseph "Jay" H. Aughtman
(AL State Bar No. ASB-8081-A43J)
*Attorney for Plaintiffs* (pro hac vice pending)
Aughtman Law Firm, LLC
1772 Platt Place
Montgomery, AL 36117
Telephone: 334-215-9873
Facsimile: 334-213-5663
jay@aughtmanlaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

I certify that this motion was prepared with 14 point Times New Roman font, in compliance with Local Rule 5.1.

Dated this 9th day of May, 2014.

s/ J. Benjamin Finley

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing Plaintiffs' Notice of Voluntary Dismissal of Certain Defendants with the Clerk of the court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 9th day of May, 2014.

s/ J. Benjamin Finley