# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 09, 2017

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 16-11302-CC
Case Style: Randy Williams, et al v. National Union Fire Insurance, et al
District Court Docket No: 1:14-cv-00309-TWT

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/lt
Phone #: (404) 335-6170

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-11302-CC

_____

RANDY WILLIAMS,
MARY WILLIAMS,
LARRY LAKE,
LINDA LAKE,
on behalf of a Putative Class,

                                              Plaintiffs - Appellants,

versus

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
d.b.a. National Union Fire Insurance Company,
HEALTHEXTRAS, INC.,
HEALTHEXTRAS BENEFITS ADMINISTRATORS. INC.,
CATAMARAN HEALTH SOLUTIONS, LLC,
f.k.a. Catalyst Health Solutions, Inc.,
HEALTHEXTRAS INSURANCE AGENCY, INC.,

                                              Defendants - Appellees,

AMERICAN INTERNATIONAL GROUP, INC. (AIG), et al.,

                                              Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellants Larry Lake, Linda Lake, Mary Williams and Randy Williams's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective May 09, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Julie F. Cohen, CC, Deputy Clerk

FOR THE COURT - BY DIRECTION